# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.R. MCFARLANE, K.M. MCDONALD**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## MATTHEW K. DAVIS
### GUNNERY SERGEANT (E-7), U.S. MARINE CORPS

### NMCCA 201400112
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 5 Dec 2013.
**Military Judge:** LtCol E.A. Harvey, USMC.
**Convening Authority:** Commanding Officer, Headquarters and Service Battalion, Marine Corps Recruit Depot, San Diego, CA.
**Staff Judge Advocate's Recommendation:** Maj J.E. Ming, USMC.
**For Appellant:** CAPT Bree Ermentrout, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

### 30 April 2014

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court